JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
jgoodman@gnhllp.com
PAIGE P. YEH, ESQUIRE - State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

\*\*\*

PETER F. SAMUEL - State Bar #072503
pfsamuel@samuellaw.com
JON H. KLINGENSMITH - State Bar #210243
jklingensmith@samuellaw.com
SAMUEL AND SAMUEL
5050 Sunrise Blvd., Ste. C-1
Fair Oaks, CA 95628
Telephone: (916) 966-4722
Facsimile: (916) 962-2219

Attorneys for Plaintiff
JOSE FERNANDEZ PRIETO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO DIVISION

| | |
|---|---|
| JOSE FERNANDEZ PRIETO,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-00692-MCE-DB<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br><u>**Accompanying Documents:**</u><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

The parties jointly request to amend dates in the Initial Pretrial Scheduling Order issued on April 24, 2019 (ECF Doc. No. 4). Good cause appearing, the Court grants this request as follows:

| **Description** | **April 24, 2019 Order** | **New Dates** |
|---|---|---|
| Nonexpert Discovery Cutoff | April 23, 2020 | August 20, 2020 |
| Expert Disclosures | June 29, 2020 | October 26, 2020 |
| Supplemental Expert Disclosures | July 29, 2020 | December 1, 2020 |
| Deadline to File Joint Notice of Trial Readiness (if no dispositive motion is to be filed) | August 28, 2020 | December 28, 2020 |

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

| Completion of Expert Discovery | September 24, 2020 | January 22, 2021 |
| All Dispositive Motions Filing Date | October 20, 2020 | February 17, 2021 |

IT IS SO ORDERED.

Dated: April 13, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400