JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
jgoodman@gnhllp.com
PAIGE P. YEH, ESQUIRE - State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone:  (415) 705-0400
Facsimile:  (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

***

PETER F. SAMUEL - State Bar #072503
pfsamuel@samuellaw.com
JON H. KLINGENSMITH - State Bar #210243
jklingensmith@samuellaw.com
SAMUEL AND SAMUEL
5050 Sunrise Blvd., Ste. C-1
Fair Oaks, CA 95628
Telephone: (916) 966-4722
Facsimile: (916) 962-2219

Attorneys for Plaintiff
JOSE FERNANDEZ PRIETO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA –SACRAMENTO DIVISION

| | |
|---|---|
| JOSE FERNANDEZ PRIETO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:19-cv-00692-MCE-DB<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Upon consideration of the Joint Stipulation For Dismissal With Prejudice entered into by Plaintiff Jose Fernandez Prieto and Defendant Home Depot U.S.A., Inc., it is hereby ORDERED that:

The above action is dismissed with prejudice.

Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  October 30, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400